FILED

JUL 1 4 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BARBARA POLLEY, § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. 6:11-cv-59 |
| vs. § | |
| § | |
| REGENT ASSET MANAGEMENT § | |
| SOLUTIONS, INC. § | |
| Defendant § | |

## CLERK'S ENTRY OF DEFAULT

It appearing from the records in the above entitled action that summons, issued on the Plaintiff's Original Complaint, has been served upon the Defendant named below, and it further appearing from the affidavit of counsel for Plaintiff that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure.

NOW, therefore, on request of counsel for Plaintiff, the default of the following named Defendant is hereby entered: Regent Asset Management Solutions, Inc.

WILLIAM G. PUTNICKI
United States District Clerk

By: _Melissa Copp_

_Melissa Copp_, Deputy Clerk

DATED: 7/14/2011