**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| BARBARA POLLEY, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 6:11-cv-59 |
| vs. | § | |
| | § | |
| REGENT ASSET MANAGEMENT | § | |
| SOLUTIONS, INC. | § | |
| Defendant | § | |

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER OF JULY 13, 2011

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

After further investigation, it has come to undersigned's attention Defendant is a defunct entity. Given the prospects for recovery are tenuous at best, undersigned waives any request for attorney fees so as to not burden this Honorable Court's time with a fee motion, and requests judgment be entered in Plaintiff's favor for $1,000 damages plus $425 in court costs.

Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Attorney in Charge for Plaintiff

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412

- 1

(866) 565-1327 (fax)

## **CERTIFICATE OF SERVICE**

I certify that on July 22, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, Waco Division, using the electronic case filing system of the court.

/s/ Dennis R. Kurz
Dennis R. Kurz